450 A.2d 201

Commonwealth v. Wilson, Jr., Appellant.
Petition for Allowance of Appeal
Denied Jan. 31, 1982.

Argued April 6, 1982. James McHugh, for appellant; David E. Fritchey, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH, and CIRILLO, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J. concurred in the result.